FILED
DEC 30 2005
ARLEN B. COYLE, CLERK
By [signature] Deputy

RECEIVED
S. DISTRICT COURT
DEC 30 PM 12 08
NORTHERN DISTRICT
OF MISSISSIPPI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ORIGINAL CIVIL ACTION NUMBER ________________
CASE NUMBER 2:05CV 244-M-A

BRIAN TACKETT — PLAINTIFF

V.

LINDA C. TACKETT,
AND OTHERS — DEFENDANT

## ANSWER AND COUNTERCLAIM AND INJUNCTION MOTION

### ANSWER

Comes now the defendant(s), Pro Se, and answers the complaint as follows:

Paragraphs 1 (one) Section 1 through Paragraph 36 (thirty six) Section V are denied.

### COUNTERCLAIM

DEFENDANT(S) HEREBY MOVE TO COUNTERCLAIM/CROSSCLAIM based on the following but not limited to:

1. Defendant(s) hereby petition to name Linda Hilty Tackett and Tackett Excavating, in this counterclaim as additional liable parties.
2. Brian Tackett entered into a contract to purchase construction equipment, office equipment and start-up business cash from Linda Tackett and others.
3. He has defaulted in making payments by making NO payments since July 2003.
4. He and his wife, Linda Hilty Tackett have kept the equipment, hid the equipment from defendant(s) in attempt to defraud, lost some of equipment

through negligence, and profited from its use, yet failed to make any of the required payments, while pulling the wool over the eyes of the court and making a mockery of the judicial system.

5. Brian Tackett has committed fraud upon the court by previous actions such as Circuit Court for Desoto County, Mississippi, CV 2004-0242RD.

6. Brian Tackett schemed, lied, cheated, manipulated the court and defendant(s), attempted extortion, harassed and intimidated and threatened the defendant(s) all in greedy effort to take what he and his wife are not entitled to. All without making any payments on the 1.2 million dollar contract.

7. Brian Tackett did extensive damage to the several pieces of equipment through his carelessness and neglect and by removing parts for profit.

8. Brian Tackett manipulated, and using his con artist tactics, talked his aging, blind, diabetic father into agreeing to putting up a Case 450B bulldozer as down payment on anther piece of construction equipment, all behind the back of Linda Tackett, his mother and owner of the bulldozer.

WHEREFORE, defendant(s) pray for the following relief:

9. Payment in full of the initial 1.2 million contract including current interest. Actual value of equipment currently held or hidden or disposed of by Tackett Excavating or Brian and Linda Hilty Tackett is $772,600. Defendant (s) reserve the right to amend this amount as Brian Tackett or his agents continue to take equipment without paying for it.

10. Defendant(s) will agree to deduct any equipment returned to defendants at Brian Tackett's expense, from the 1.2 million, but will not deduct the loss of past market value, damages, missing parts and other damages.

11.Attorney fees and costs of this action.

12. For wrongs committed by Tackett Excavating,( formerly operated as Solid Foundations, and Brian and or Linda Hilty Tackett either acting alone or aiding and abetting one another, by failing to pay for the construction and office equipment, parting out equipment, fraud and theft, and intimidation, $10,000 additional actual damages from cash loan to Brian Tackett business start up money and treble damages.

13. Payment of full value of Case 450 B bulldozer or its return in good condition.

14. Defendant(s) reserve right to amend any portion of this filing, especially because Brian Tackett has caused severe financial problems, resulting in loss of income and the ability to hire an attorney to properly address these issues.

15. An apology from Brian Tackett for all his deceit and evil doing against his family.

INJUNCTION

Defendant(s) move this court to stop Tackett Excavating and Brian and Linda Hilty Tackett or any of their agents from using any equipment obtained from Defendant(s) on any project whatsoever or disposing of parts of attachments and additionally keep defendants informed of equipment's location at all times.

Linda Tackett, Pro Se
895 Morehead Rd.
Bowling Green, KY 42101

CERTIFICATE OF SERVICE

The original was mailed by prepaid U.S. Postage to Arlen B. Coyle, Clerk whose address is 911 Jackson Ave., Room 369, Oxford, MS 38655 and to Brian Tackett whose addess is 1569 Main Street, Southaven, MS 38671 on this 27th day of December, 2005.

Linda Tackett