IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

BRIAN TACKETT PLAINTIFF

V. CIVIL ACTION NO. 2:05CV244-M-A

LINDA TACKETT, ET AL. DEFENDANTS

**ORDER**

This matter is before the Court to address the date due to file a pretrial order. During the Final Pretrial Conference held on November 27, 2006, the pretrial order deadline was set for December 12, 2006 [10]. Before expiration of the pretrial order deadline, plaintiff notified the Court that he and defendant Linda Tackett were engaged in settlement negotiations and requested a sixty-day stay, which the District Judge granted.

The sixty-day period has now run, and because the parties have not informed the Court that the case has settled, the Court assumes that it has not. Consequently, the parties must file a jointly completed Final Pretrial Order in the format specified by Form 3 of the Uniform Local Rules of this Court and that conforms with all other applicable rules of the Court no later than June 18, 2007. The Court acknowledges that defendant Linda Tackett has filed a partially completed Form 3 upon which she has set out certain information. However, the filing is by no stretch of the imagination a "joint" Pretrial Order, some of the writing on the form is illegible, and not all the information required to be submitted in the Pretrial Order has been provided. The parties must submit a cooperative effort and supply all required information. Their joint order must be submitted to the undersigned for approval before the Pretrial Order is forwarded to Judge

Mills for entry.

The parties are warned that failure to submit a properly drafted Final Pretrial Order by this deadline will result in appropriate fines or sanctions, up to and including dismissed for lack of prosecution.

**SO ORDERED** this, the 28th day of May, 2007.

____/s/ S. ALLAN ALEXANDER_______
UNITED STATES MAGISTRATE JUDGE