RECEIVED
MAR 10 2008
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

FILED
MAR 10 2008
DAVID CREWS, CLERK
By ______ Deputy

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**DELTA DIVISION**

**BRIAN TACKETT** **PLAINTIFF**

**V.** **CAUSE NO. 2:05CV244**

**LINDA TACKETT, et al.** **DEFENDANT**

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

This Court has ordered Plaintiff to show cause as to why this action should not be dismissed for failure to prosecute. Plaintiff has no objection to the dismissal of this case and leaves it to this Honorable Court to determine the manner in which it should be done. It is Plaintiff's belief that none of the named Defendants have any objection to a dismissal; however, because Plaintiff is not in contact with Defendant Tyrone Tackett, and does not know how to find him at this time, Plaintiff cannot speak on his behalf.

For these reasons, Plaintiff has no objection to the action this Court proposes.

/S/ ______

BRIAN TACKETT, PRO SE

1569 MAIN

SOUTHAVEN MS 38671